COA # 08-13-00133-CR    OFFENSE: 22.02

STYLE: Guillermo Gamez v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRMED    TRIAL COURT: 371st District Court

DATE: 1/21/15    Publish: NO    TC CASE #: 1289672D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Guillermo Gamez v. The State of Texas    CCA #:

_APPELLANT'S_ Petition    CCA Disposition: **205-15**

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:

_REFUSED_    JUDGE:

DATE: 04/15/2015    SIGNED: _____ PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____